JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY JO GOFORTH,<br><br>    Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01792-VCF<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND (FIRST REQUEST) |

    Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file his response to Plaintiff's Motion to Remand due on May 5, 2023 by 31 days, through and including June 5, 2023.

    Defendant respectfully requests this additional time because Defendant's counsel needs additional time to determine whether additional briefing is necessary. This request is made in good faith with no intention to unduly delay the proceedings.

///

///

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 1, 2023.

Dated: May 3, 2023

        Respectfully submitted

        JASON M. FRIERSON
        United States Attorney

        */s/ Marcelo Illarmo*
        MARCELO ILLARMO
        Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-3-2023

**CERTIFICATE OF SERVICE**

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Leonard Stone    lstone@shookandstone.com

Marc V Kalagian    marc.kalagian@rksslaw.com

Attorney for Plaintiff

Dated May 3, 2023

                                        */s/ Marcelo Illarmo*
                                        **MARCELO ILLARMO**
                                        Special Assistant United States Attorney