JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY JO GOFORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01792-VCF<br><br>UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. Defendant further requests that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing

the final decision of the Commissioner.

    Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 4, 2023

Dated: May 9, 2023.

                      Respectfully submitted

                      JASON M. FRIERSON
                      United States Attorney

                      */s/ Marcelo Illarmo*
                      MARCELO ILLARMO
                      Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-9-2023

**CERTIFICATE OF SERVICE**

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Leonard Stone     lstone@shookandstone.com

Marc V Kalagian     marc.kalagian@rksslaw.com


Dated May 9, 2023.

                                      */s/ Marcelo Illarmo*
                                      **MARCELO ILLARMO**
                                      Special Assistant United States Attorney